**No. 56109.**—Bridgetts & Co., Inc. *v.* United States, protest 166322–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56110.**—American President Lines *v.* United States, protest 169800–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, DECEMBER 5, 1951

**No. 56111.**—Artgift Corp. et al. *v.* United States, protests 136221–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56112.**—Mayfair Jewelry Co. and Mayfair Shoes, Ltd. *v.* United States, protests 174078–K and 174079–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56113.**—Lewis Wool Processing Co. *v.* United States, protests 166082–K and 169251–K (Boston).

Opinion by COLE, J. The protests were dismissed.

**No. 56114.**—Donny Cheese Factory Equipment Co. *v.* United States, protest 161693–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56115.**—Dan Brechner & Company *v.* United States, protest 169221–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56116.**—Associated Merchandising Corp. et al. *v.* United States, protests 174189–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.